JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SHARI FENTON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., a corporation; and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | Case No. SACV11-1632 JVS (MLGx)<br><br>**ORDER RE: JOINT STIPULATION REMANDING CASE TO STATE COURT**<br><br><br>Complaint Filed: September 20, 2011 |

## **ORDER**

Having read and considered the Joint Stipulation Remanding Case to State Court filed by the Parties on December 16, 2011, and **GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. Based on the parties' stipulation that, as of the date of removal, the amount in controversy in this action, including economic damages, emotional distress and other non-economic damages and punitive damages, did not exceed a total sum of $75,000, the above-referenced action (Case No. SACV11-1632 JVS (MLGx)) is hereby remanded to the Superior Court for the Superior Court for the State of California, County of Orange, Case No. 30-2011-00509523.

1     2.    The Court acknowledges that Plaintiff has taken off calendar her pending Motion for Remand (Docket # 8-13) and thereby withdraws any demand for attorney's fees in conjunction with the preparation and filing of Plaintiff's Motion for Remand.

    3.    All pending hearings and deadlines are vacated.

    4.    The Court acknowledges that Defendant has not waived its right to remove the case to federal court if discovery determines that the amount in controversy at the time of removal was, in fact, in excess of $75,000, exclusive of interests and costs.

**IT IS SO ORDERED.**

Dated: December 16, 2011    By:_____

                                                   THE HON. JAMES V. SELNA
                                                   United States District Court Judge